# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3298

_____

BRYAN FLOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

February 23, 2018

PER CURIAM.

AFFIRMED. *See Hamilton v. State*, 996 So. 2d 964, 966 (Fla. 1st DCA 2008) (rejecting defendant's claim that his sentence violates *Hale v. State*, 630 So. 2d 521 (Fla. 1993), where, as here, the sentence "do[es] not, in the aggregate, exceed the maximum he could have received if all sentences subject to enhancement under the habitual felony offender statute had been enhanced (but run concurrently), and because his sentence[] also do[es] not, in the aggregate, exceed the maximum he could have received if none of his sentences had been enhanced but all had been ordered to run consecutively").

WETHERELL, ROWE, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Bryan Flowers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.